FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JESUS MORALES TORRES, <br> Defendant. | Case No.: SACR13-45 <br> ORDER OF DETENTION |

I.

A.  (X)   On motion of the Government in a case allegedly involving:

1. ( )  a crime of violence.

2. ( )  an offense with maximum sentence of life imprisonment or death.

3. (X)  a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( )  any felony - where defendant convicted of two or more prior offenses described above.

5. ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X)   On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

      (X)   On the further allegation by the Government of:

         1.   (X)   a serious risk that the defendant will flee.

         2.   ( )   a serious risk that the defendant will:

            a.   ( )   obstruct or attempt to obstruct justice.

            b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government (X) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.   (X)   The Court finds that no condition or combination of conditions will reasonably assure:

         1.   (X)   the appearance of the defendant as required.

               (X)   and/or

         2.   (X)   the safety of any person or the community.

B.   (X)   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.   (X)   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.   (X)   the weight of evidence against the defendant;

1  C.  (X)  the history and characteristics of the defendant; and
2  D.  (X)  the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:
A.  (X)  As to flight risk: Defendant's lack of bail resources, lack of strong ties to the local community, and his status as a Mexican citizen.
B.  (X)  As to danger: The nature of the charged offenses and his criminal history.

## VI.

A.  ( )  The Court finds that a serious risk exists the defendant will:
    1.  ( )  obstruct or attempt to obstruct justice.
    2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.  The Court bases the foregoing finding(s) on the following:

_____
_____
_____

## VI.

A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

1  custody pending appeal.
2  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
3  opportunity for private consultation with counsel.
4  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
5  request of any attorney for the Government, the person in charge of the
6  corrections facility in which defendant is confined deliver the defendant to a
7  United States marshal for the purpose of an appearance in connection with a
8  court proceeding.

10  Dated: May 6, 2013

                              /s/   Arthur Nakazato
                         ARTHUR NAKAZATO
               UNITED STATES MAGISTRATE JUDGE